UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GIANNI SHARPA THOMAS,<br><br>Defendant. | Case No. CR22-198RSL<br><br>ORDER REVOKING BOND AND DETENTION ORDER |

On October 25, 2022, defendant Gianni Thomas had his first appearance on the underlying charges in this case. Dkt. # 6. The government moved for detention and the defense requested a detention hearing, initially scheduled for October 27, 2022, but later – at defense counsel's request – rescheduled for November 1, 2022. *Id.*; Dkt. # 8; Dkt. # 9.

On November 1, 2022, after conducting a detention hearing, Magistrate Judge Brian A. Tsuchida entered a pretrial detention order, finding that Thomas was both a danger to the community and a flight risk. Dkt. # 14.

On December 8, 2022, defendant filed an unopposed motion for review of the detention order. Dkt. # 22. After holding a second detention hearing pursuant to the motion on December 13, 2022, Judge Tsuchida again denied the motion for release and maintained the prior detention order. Dkt. # 28.

On December 28, 2022, defendant filed a motion to revoke the detention order. Dkt. # 32. On January 13, 2023, this Court held a hearing and granted defendant's motion to revoke. Dkt.

ORDER REVOKING BOND AND DETENTION
ORDER - 1

# 37. Defendant was released on an appearance bond allowing him to be released to an inpatient treatment facility, North Sound Behavioral Health. Dkt. # 38.

On February 7, 2023, defendant was terminated from his inpatient treatment facility for rule violations. Dkt. # 44 at 1. The same day, a petition for warrant was filed by the probation office alleging that defendant had violated the conditions of his appearance bond by failing to successfully complete inpatient treatment at a facility designated by Pretrial Services. Dkt. # 43. An arrest warrant was issued by the court on February 7, 2023 and executed on February 13, 2023. Dkt. # 45; Dkt. # 49.

On February 13, 2023, an initial bond revocation hearing was held before Magistrate Judge Michelle L. Peterson. Dkt. # 46. Defendant was present in custody and advised of his rights. *Id.* He stipulated to detention and was ordered detained. *Id.*[1]

Pursuant to 18 U.S.C. § 3148, and based upon the factual findings and statement of reasons for detention hereafter set forth, the Court finds:

(1) On January 13, 2023, Mr. Thomas was released on bond with pretrial supervision and special conditions including that he participate in and successfully complete inpatient treatment at a facility designated by Pretrial Services.

(2) There is clear and convincing evidence that Mr. Thomas failed to comply with this condition, as he was terminated from his inpatient treatment facility on February 7, 2023.

(3) The Court further finds that Mr. Thomas is unlikely to abide by the conditions set by the Court.

IT IS THEREFORE ORDERED:

(1) Mr. Thomas' bond is hereby revoked;

(2) Mr. Thomas shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent

---

[1] A further bond revocation hearing was scheduled before this Court for March 16, 2023, Dkt. # 50, but was stricken as defendant is not challenging detention, Dkt. # 51.

ORDER REVOKING BOND AND DETENTION ORDER - 2

practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(3) Mr. Thomas shall be afforded reasonable opportunity for private consultation with counsel;

(4) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Thomas is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(5) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Thomas, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 8th day of March, 2023.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge